IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MARKISTA S. HOWARD                                                  PLAINTIFF

v.                                                 CIVIL ACTION NO. 1:16-cv-00061-GHD-DAS

RUE 21 CORPORATION; VICTORIA
ROBERTS, Store Manager; ANGELA
HANCOCK, District Manager; CHAD
SHAW, Regional Director; and STEPHANIE
MERRITT, Human Resources Manager                 DEFENDANTS

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to an opinion issued this day, the Court ORDERS as follows:

(1) the motion to dismiss or, in the alternative, for summary judgment [14] filed by Defendants rue21 Corporation; Victoria Roberts, Store Manager; and Angela Hancock, District Manager shall be GRANTED except that Defendants shall not be awarded fees and costs in association with their defense of this action;

(2) the motion for leave to file an amended complaint [30] filed by Plaintiff Markista S. Howard shall be DENIED;

(3) all claims shall be DISMISSED; and

(4) this case shall be CLOSED.

SO ORDERED, this, the 22nd day of March, 2017.

                                                              _____
                                                              SENIOR U.S. DISTRICT JUDGE